UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CAUSE NO. 1:13-cr-000194-SEB-TAB-01 |
| ) | |
| BRIAN CARMICHAEL, ) | |
| ) | |
| ) | |
| Defendant. ) | |

MOTION FOR PRELIMINARY ORDER OF FORFEITURE

The United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Steven D. DeBrota, Assistant United States Attorney, respectfully moves for a Preliminary Order of Forfeiture in the above cause of action, and in support thereof presents to the Court the following facts:

1.  On September 18, 2013, an Information was filed charging the defendant, Brian Carmichael ("Carmichael"), with One Count of Conspiracy to Commit Criminal Offenses, in violation of 18 U.S.C. § 371.   Dkt 1.

2.  The Information notified the defendant of the United States' intent to pursue forfeiture of property criminally, pursuant to 18 U.S.C. §§ 982(a)(1) and (a)(2)(A), 982(b) and 28 U.S.C. §2461(c) as part of any sentence imposed.   Dkt. 1.

    *See* 18 U.S.C. § 853(p).

3.  On September 18, 2013, a plea agreement was filed wherein the defendant agreed to plead guilty to Count One (Conspiracy) of the Information.   Dkt. 7.

4.     As part of the plea agreement, the defendant voluntarily consented to forfeiture of all personal property, funds, and other assets seized in this case and admitted that all such property constitutes proceeds of the offenses and/or was used or intended to be used to facilitate the commission of the offenses or constitutes a substitute asset, and is therefore subject to forfeiture. The defendant further agreed not to contest, or have any other person contest on his behalf, any forfeiture action brought by the United States, whether the forfeiture is administrative or judicial, civil or criminal.   The property seized, and to which the defendant consented to forfeiture, includes:

   a.   Funds up to $12,873.12 in JP Morgan Chase Bank Acct#6420
        (Asset Identification Number: 12-FBI-004955)

   b.   Funds in the amount of $27,560.00 seized during the search at 64 Northwest
        Skyliner Summit Loop, Bend, Oregon on 5-24-2012
        (Asset Identification Number: 13-FBI-006835)

5.     On January 21, 2014, the Court accepted the defendant's pleas of guilty to One Count of Conspiracy to Commit Criminal Offenses and to Defraud the United States, in violation of 18 U.S.C. § 371; and adjudged him guilty.   Dkt. 22.

6.     On December 18, 2015, as part of the defendant's sentence, the Court ordered that the defendant's interest in all personal property seized in this case, as identified in the Plea Agreement, be forfeited to the United States. Dkt. 37.

7.     Federal Rule of Criminal Procedure 32.2(b) provides that as soon as practicable after accepting a plea of guilty, or a finding of guilt by a jury, the Court shall determine what property is subject to forfeiture and promptly enter a preliminary order of forfeiture directing the forfeiture of specific property without regard to any third party's interest in all or part of it.

8.     Upon issuance of a Preliminary Order of Forfeiture, the United States, pursuant to 21 U.S.C. § 853(n), will post notice of the Court's Order and the United States' intent to dispose

of the property described above in paragraph four, and will provide notice directly to any third parties known to have alleged an interest in this property.

WHEREFORE, the United States respectfully requests that this Court enter a Preliminary Order of Forfeiture forfeiting Brian Carmichael's interest in the subject property, as described in paragraph four above, to the United States, and ordering the United States to seize the property and dispose of it in accordance with the law.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: s/ Steven D. DeBrota
Steven D. DeBrota
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, IN 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Steven.DeBrota@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on May 23, 2017, a copy of the foregoing was filed electronically. Any parties appearing in this case may access this filing through the Court's system

        s/ Steven D. DeBrota
        Steven D. DeBrota
        Assistant United States Attorney
        Office of the United States Attorney
        10 W. Market St., Suite 2100
        Indianapolis, IN 46204-3048
        Telephone: (317) 226-6333
        Fax: (317) 226-6125
        E-mail: Steven.Debrota@usdoj.gov